IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:07CR3064 |
| | ) | |
| KATIE C. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Ms. Miller's Unopposed Motion to Review Detention and Request for Hearing (Filing No. 93). The Court finds said motion should be granted. Accordingly,

IT IS THEREFORE ORDERED that the United States Marshal's Office shall release Ms. Miller from custody on Wednesday, March 28, 2012, no later than 12:30 p.m. Ms. Miller shall be released to a member of the Federal Public Defender's office for transportation directly to St. Monica's. She shall reside at St. Monica's and follow all rules of said program. Ms. Miller shall immediately report to the United States Probation Office in Lincoln, NE, upon her successful or unsuccessful discharge from St. Monica's.

All other conditions of Ms. Miller's supervised release, not inconsistent with this Order, shall remain in force and effect.

DATED this 7th day of March, 2012.

BY THE COURT:

s/ Cheryl R Zwart
The Honorable Cheryl R. Zwart
United States Magistrate Judge