IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3064 |
| | ) | |
| v. | ) | |
| | ) | |
| KATIE C. MILLER, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1)      The defendant's unopposed motion, (filing no. 97), is granted.

2)      The defendant's conditions of supervised release are amended as follows:

a.      Upon her graduation from treatment at St. Monicas, the defendant shall transition to reside with Jerry Burkey until she secures employment.

b.      The Defendant shall comply with all other terms and conditions of her supervised release.

DATED this 14th day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge