IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3064 |
| vs. | ) | |
| | ) | |
| KATIE C. MILLER, | ) | ORDER FOR |
| | ) | BENCH WARRANT |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a Bench Warrant be issued as requested.

DATED this 26th day of June, 2012.

BY THE COURT:

*Richard G. Kopf*
RICHARD G. KOPF
United States Senior District Judge